FILED

06/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0083

_____

STATE OF MONTANA, by and through the DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION, for and on behalf of the BOARD OF
LAND COMMISSIONERS, and THE OFFICE OF THE ATTORNEY GENERAL,

Plaintiffs/Appellees/Cross-Appellants,

-vs-

GREENFIELDS IRRIGATION DISTRICT, BOARD OF COMMISSIONERS OF
GREENFIELDS IRRIGATIONDISTRICT,

Defendants/Appellants/Cross-Appellees.

_____

ORDER GRANTING AN EXTENSION OF STAY OF APPEAL AND CROSS-APPEAL

PENDING SETTLEMENT

_____

Upon consideration of the Parties' stipulated motion to Extend the Stay of this

Appeal and Cross-Appeal pending ongoing settlement negotiations, and good cause

appearing therefore:

IT IS HEREBY ORDERED that the Parties' Motion is granted.  This matter shall

be stayed up to and including September 1, 2021.

c: Brian C. Bramblett; Barbara Chillcott; Jeremiah Langston; Jon Metropoulos; KD
Feeback;

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2021